```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :
        - v. -                     :   INDICTMENT
CARIDAD RESTO,                     :   07 Cr. ____
              Defendant.
                                   :   07CRIM 764
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRON...
DOC #: _____
DATE FILED: AUG 15 2007

## COUNT ONE

The Grand Jury charges:

From on or about October 20, 2006 up to and including on or about October 23, 2006, in the Southern District of New York, CARIDAD RESTO, the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch and agency of a foreign bank, and an organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and willfully misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, in an amount exceeding $1,000, to wit, RESTO, while employed by J.P. Morgan Chase Bank, Branch

786, located at 270 East 137th Street, Bronx, New York, cashed counterfeit checks in an amount exceeding $1,000 for the benefit of herself and others.

(Title 18, United States Code, Sections 656 and 2.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARIDAD RESTO,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____ Foreperson.

8/15/07 TLC: Post 4/1/87 indictment filed. A/W ordered. Assigned to Judge Lynch.

Peck, MJ.