UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA                 :
                                         :     07 Cr. 764 (GEL)
        -v-                              :
                                         :     **ORDER**
CARIDAD RESTO,                           :
                                         :
                Defendant.               :
                                         :
------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       The defendant has requested an adjournment of the conference scheduled for September 28, 2007, at 4:30 p.m., for 45 days, so that the parties may discuss an application for deferred prosecution. The government consents to this request. Defendant further requests that the Court exclude time from the Speedy Trial Act calculation until the new date. See 18 U.S.C. § 3161(h)(8)(A).

       Accordingly, it is hereby ORDERED that:

1. The conference scheduled for September 28, 2007, is adjourned until November 16, 2007, at 3:00 p.m.

2. Because the extension is sought to allow defendant time to submit a deferred prosecution application and for the government to consider that application, the time from September 28, 2007, to November 16, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       September 25, 2007

                                                                     _____
                                                             GERARD E. LYNCH
                                                             United States District Judge