UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                                                     :
UNITED STATES OF AMERICA                             :
                                                     :     07 Cr. 764 (GEL)
        -v-                                          :
                                                     :     **ORDER**
CARIDAD RESTO,                                       :
                                                     :
                Defendant.                           :
                                                     :
-----------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08

GERARD E. LYNCH, District Judge:

     In a letter dated January 8, 2008, defense counsel requested an adjournment of the January 10, 2008, conference for additional plea discussion. The Government consents to this adjournment. Defendant further requests that the Court exclude time from the Speedy Trial Act calculation until the new date. See 18 U.S.C. § 3161(h)(8)(A).

     The Court finds that the interests of justice are served by such an adjournment to facilitate negotiations concerning the possible disposition of the case, and that the interests of both sides in conducting such investigation and continuing their negotiations toward a just outcome outweigh the interests of the defendant and the public in a speedy trial.

     Accordingly, it is hereby ORDERED that:

1. The conference scheduled for January 10, 2008, is adjourned until February 15, 2008, at 11:30 a.m.

2. The time from January 10, 2008, through February 15, 2008, is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
      January 9, 2008

                                                                 _____
                                                                 GERARD E. LYNCH
                                                                 United States District Judge