UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     **MISDEMEANOR**
                                        **INFORMATION**
          -v.-                    :
                                        S1 07 Cr. 764 (GEL)
CARIDAD RESTO,                    :

               Defendant.         :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From on or about October 20, 2006, up to and including on or about October 23, 2006, in the Southern District of New York and elsewhere, CARIDAD RESTO, the defendant, being an employee of an insured bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, unlawfully, willfully, and knowingly did embezzle, abstract, purloin, and misapply moneys, funds and credits of such bank, to wit, RESTO, while employed as a teller at a branch of J.P. Morgan Chase Bank in Bronx, New York, cashed counterfeit checks for the benefit of herself and others.

(Title 18, United States Code, Section 656.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 11 2008

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney